IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JIMMIE LOU HOLLAND**                                                         **PLAINTIFF**

**NO. 3:20CV00112-GHD-JMV**

**ANDREW SAUL,**
*COMMISSIONER OF SOCIAL SECURITY*                      **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

Upon consideration of the record of this case, the Court finds the Report and Recommendations ("R&R") of the United States Magistrate Judge dated May 11, 2021, were on that date duly filed; the parties were duly notified; more than fourteen days have elapsed since notice of said R&R; and no objection thereto has been filed or served by any party. The Court is of the opinion that the R&R should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED**:

1. That the R&R of the United States Magistrate Judge dated May 11, 2021, is approved and adopted as the opinion of the Court.

2. That the final decision of the Commissioner of the Social Security Administration is affirmed, and a judgment consistent with this order will be entered.

This, the 3rd day of June, 2021.

                                                                         /s/ Glen H. Davidson
                                                                         U.S. DISTRICT JUDGE